## CERTIFICATION OF DOCUMENTS

I, Faylor A. Rutley, hereby certify and affirm that I am employed with Alabama Department of Corrections, located at William E. Donaldson Correctional Facility; that the attached documents are true and correct photocopies of certain documents maintained in the file of Inmate **Ronald Odell King, AIS #260421,** housed at William E. Donaldson Correctional Facility

This, I do hereby certify and affirm to on this 10th day of March, 2020.

*Faylor A. Rutley*
FAYLOR A. RUTLEY
Administrative Support Assistant III

STATE OF ALABAMA   )

JEFFERSON COUNTY   )

    SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL, THIS 9th DAY OF MAY, 2019.

*Johnnie Luster*
NOTARY PUBLIC

MY COMMISSION EXPIRES OCTOBER 18, 2020
MY COMMISSION EXPIRES

(Seal)

## Alabama Department of Corrections
## INCIDENT REPORT

| 1. Institution/Division: <br> WILLIAM E. DONALDSON CORR. FAC | 2. Date: <br> 8/13/2019 | 3. Time: <br> 3:00:00 PM | 4. Inc. No: WDCF-19-01714 <br> Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: <br> Assault-Inmate-on-Employee | | 6. ASCA Incident Type - PRIMARY: <br> III 2.3 Inmate-on-Staff Assaults that did not involve serious injury. | |
| 7. Type of Incident - Secondary: <br> Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | | 8: ASCA Incident Type - Secondary: <br> III 13.1 Immediate Use of Force | |
| 9. Who Received Report: <br> SANDERS, CARL    L | | 10. Time Incident Reported: <br> 8/13/2019 3:05:00 PM | |
| 11. Location of Incident: <br> cell Y-48 | | | |
| 12. Victim(s):   Name <br>                MCLEMORE, ZACKERY | | AIS <br> Staff | |
| 13. Suspect(s):  Name <br>                KING, RONALD | | AIS <br> 00260421 | |
| 14. Witness(es): Name <br>                N/A | | AIS | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: <br> N/A | 16. Chain of Evidence / Location & Date: <br> N/A |
|---|---|

**17. Narrative Summary:**

On August 13, 2019 at approximately 3:00 pm, Correctional Officers Keller Speaks and Zackery McLemore escorted inmate Ronald King B/260421 cell Y-48, back to his assigned cell after medical appointments. Officer McLemore was standing at cell Y-48 waiting to place inmate King back in his assigned cell. As Officer McLemore opened the cell door, Officer McLemore observed that inmate King had put material in the door latch receiver to stop the door from locking properly. Officer McLemore began to remove the material from the door latch. Inmate King ran from Officer Speaks and aggressively approached officer McLemore yelling, "what are you doing, get the fuck away from my cell." Officer McLemore immediately retrieved his assigned Sabre red chemical agent and administered one, one second burst to the facial area of inmate King. Inmate King charged Officer McLemore positioning himself to attempt to head butt Officer McLemore. Officer McLemore was able to side step inmate King, and successfully execute a transport assist take down to the front. Inmate King was given a direct order to stay on the floor. Inmate King complied. Inmate King was assisted to his feet and escorted to the infirmary by Officers Speaks and Correctional Officer Roderick Gadson. At approximately 3:05pm, Officer McLemore called for Correctional Lieutenant Carl Sanders to report to the infirmary. At approximately 3:07 pm, Lieutenant Sanders entered the infirmary and was informed of the incident by Officer Gadson.(See attached Officer Statements). At approximately 3:10 pm, Lieutenant Sanders informed Correctional Captain Shannon Caldwell and Correctional Warden III Gwendolyn Givens. At approximately 3:20 pm, inmate King was decontaminated, medically evaluated and treated by Registered Nurse Amber Hicks.(See attached body chart statement and UOF pictures). Inmate King was escorted from the infirmary by Correctional Lieutenant Eddie Watts and placed in Restrictive Housing Unit cell J-1. Inmate King received disciplinary action for Assault on an ADOC Official. No further action taken at this time. 8/13/2019 5:56 PM by carl.sanders2 8/14/2019 8:02 AM by deaundra.johnson

Signature: _____

Alabama Department of Corrections

## USE OF FORCE
## INVESTIGATIVE REPORT

NCDT013

**Incident No:** WDCF-19-01714

**Date:** 08/13/2019   **Time:** 3:00PM

**List below personnel from Incident:**
MCLEMORE, ZACKERY

**List below inmates from Incident:**
KING, RONALD

**Type of Force:**   Chemical Agents/   Physical/

**Finding:**

This investigation is being conducted and completed by Correctional Captain Deaundra Johnson. Captain Johnson interviewed all parties involved and reviewed all pertinent information pertaining to the incident.

On August 13, 2019 at approximately 3:00 pm, Correctional Officers Keller Speaks and Zackery McLemore escorted inmate Ronald King B/260421 cell Y-48, back to his assigned cell after medical appointments. Officer McLemore was standing at cell Y-48 waiting to place inmate King back in his assigned cell. As Officer McLemore opened the cell door, Officer McLemore observed that inmate King had put material in the door latch receiver to stop the door from locking properly. Officer McLemore began to remove the material from the door latch. Inmate King ran from Officer Speaks and aggressively approached officer McLemore yelling, "what are you doing, get the fuck away from my cell." Officer McLemore immediately retrieved his assigned Sabre red chemical agent and administered one, one second burst to the facial area of inmate King. Inmate King charged Officer McLemore positioning himself to attempt to head butt Officer McLemore. Officer McLemore was able to side step inmate King, and successfully execute a transport assist take down to the front. Inmate King was given a direct order to stay on the floor. Inmate King complied.

 Officer McLemore was attempting to dislodge a blocking mechanism in inmate King's cell door when he became irate and belligerent. Officer McLemore immediately dispensed his chemical agent due to the threatening nature and approach of inmate King. After dispensing the chemical agent inmate King continued to tirade and aggressive approach towards Officer McLemore. Officer McLemore took inmate King to the ground to gain compliance. Officer McLemore used a minimal amount of force to gain control of the incident.
8/14/2019 8:13 AM by \deaundra.johnson

**Recommendations of Investigating Officer:**

The force used in this incident by Officer McLemore is justified. Officer McLemore used a reasonable amount of force to reach a legitimate correctional objective.

8/14/2019

**Deaundra L. Johnson Signature**   **Date**

ALABAMA BOARD OF CORRECTIONS
DIVISION OF PROFESSIONAL SERVICES
INMATE INTERVIEW RECORD

| NAME: | Last | First | Middle | Serial No. | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decision made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentialit in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTE AUTHORIZATION OF THE INMATE NAMED ABOVE.

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| Y-46 | On the date of Aug 13th 2019 I Correctional officer Keller Speaks was assigned to Y-unit. At approximately 3:00pm myself along with Correctional officer Zack McLemore were placing inmates back into their cells from Medical appointments. Officer Speaks was placing inmate Jeffery McClellan in his cell W/277145. When I witnessed Inmate Ronald King B/260421 rushing towards Officer McLemore aggressively. Officer Speaks arrived at 48 cell and assisted Officer McLemore with assisting inmate King to his feet. Inmate King then was escorted to the infirmary for a body chart. No other force was used on my behalf. | Keller Speaks CO  
[signature] CO |

B of C 400                                                  Page _____

Page _____

Statement

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| | On August 13 2019 at approximately 3:00pm I, Correctional Officer Zackery McLemore was placing inmates back into assigned cells returning from medical appointments. I observed a wash cloth material stuffed inside the lock of cell Y-48 preventing the door from securing properly. As I attempted to remove the material from the lock when inmate Ronald King B/ cell Y-48 stated for me to get the fuck away from his cell. Inmate King charged towards me. I gave inmate King several direct orders to stop. Inmate King refused to comply, and continued running towards me. I retrieved my state issued SABRE RED (can# 72, chit #72, serial #5753115) and administered a one-one second burst to inmate Kings facial area. Inmate King positioned myself as if he was going to attempt to head butt me as he continued charging forward towards me. I was able to side step inmate King and preform a subject transport takedown to the front. Once inmate King was placed on the floor I gave him a direct order to calm down and to stop his combative behavior. Inmate King complied. Inmate King was assisted to his feet and escorted to the infirmary for decontamination and a body chart. ~~[struck out]~~ No further force was used on my behalf.<br><br>Zackery McLemore<br>8/13/19 | |

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form



Institution: __WDCF__   Date: __8·13·19__   Time: __1527__

Individual Requesting Body Chart (print name): __Sanders__   Title: __Lt__

**Inmate statement:**

"Just put my marks on their, I don't have no statement"

**Description of markings:**

Whites of eyes Red, Small laceration to (R) eyebrow

Check below:
- ✗ *Progress Note* additionally completed and filed in the inmate health record.
- ✗ *Special Health Needs Communication Form* completed and distributed, as necessary.

Health Professional (signature): __[signature] RN__   Date: __8/13/19__   Time: __1527__

Inmate Name: __King Ronald__   AIS #: __260421__   DOB: ▓▓▓

CP70007AL   File: Original-Inmate Health File   Copy: ADOC Official
Issued 8/2014   ADOC Office of Health Services   Form E 11 (a) 8/2014



Alabama Department of Corrections

## INMATE WRITTEN STATEMENT

Incident Number: _____
Date of Incident: _____

Sworn Statement:

I  Ronald King  , want to make the following statement under oath:
    (Name)

They took me out for sick call and when I came back they jump on me

---

I have not been threatened, intimidated, or coerced in any way in reference to this statement. I make this statement of my own free will and accord.

Ronald King           Ronald King           8/18/19
(Printed Name)         (Signature)           (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the inmate making this statement, and numbered as "Page ___ of ___ pages."

___ Page: ___ of ___ pages
(Initials)

ADOC Form 327-B – April 26, 2011

Page 4 of 4          AR 327 Change 1 – April 25, 2011

# Alabama Department of Corrections
## DUTY OFFICER REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date 8/13/2019 | 3. Time 3:00:00 PM | 4. Inc. No: WDCF-19-01714 Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Assault-Inmate-on-Employee | | 6. ASCA Incident Type - PRIMARY: III 2.3 Inmate-on-Staff Assaults that did not involve serious injury. | |
| 7. Type of Incident - Secondary: N/A | | 8. ASCA Incident Type - Secondary: | |

**9. Location of Incident:** cell Y-48

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MCLEMORE, ZACKERY | Staff | | | | | | |

Offense(s)

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| KING, RONALD | 00260421 | B / M | | JEFFERSON | 06/27/2016 | 50Y 0M 0D | 11/15/2065 |

Offense(s) ASSAULT I,BURGLARY I,ESCAPE I,OBSTRCT OF JUSTICE-FALSE IDENTITY,RAPE I,ROBBERY I,SEXUAL TORTURE,SODOMY I,THEFT OF PROPERTY I

**BRIEF Narrative:**

On August 13, 2019 at approximately 3:00 pm, Correctional Officers Keller Speaks and Zackery McLemore escorted inmate Ronald King B/260421 cell Y-48, back to his assigned cell after medical appointments. Officer McLemore was at cell Y-48 waiting to place inmate back in his assigned cell, and was opening the cell door. Officer McLemore observed that inmate King had put material in the door latch receiver to stop the door from locking properly. Officer McLemore began to remove the material from the door latch. Inmate King ran from Officer Speaks and aggressively approached officer McLemore yelling "what are you doing, get the fuck away from my cell". Officer McLemore immediately retrieved his assigned Saber red chemical agent and administered one, one second burst to the facial area of inmate King. Inmate King charged Officer McLemore positioning himself to attempt to head butt Officer McLemore. Officer McLemore was able to side step inmate King, and successfully executed a transport assist take down to the front. Inmate King was given a direct order to stay on the floor. Inmate King complied. Inmate King was assisted to his feet and escorted to the infirmary by Officers Speaks and Correctional Officer Roderick Gadson. At approximately 3:05pm, Officer McLemore called for Correctional Lieutenant Carl Sanders to report to the infirmary. At approximately 3:07 pm, Lieutenant Sanders entered the infirmary and was informed of the incident by Officer Gadson. At approximately 3:10 pm, Lieutenant Sanders informed Correctional Captain Shannon Caldwell and Correctional Warden III Gwendolyn Givens. At approximately 3:20 pm, inmate King was decontaminated, medically evaluated and treated by Registered Nurse Amber Hicks. Inmate King was escorted from the infirmary by Correctional Lieutenant Edie Watts and placed in cell J-1, Additional information to follow in the 302A. 8/13/2019 4:18 PM by carl.sanders2