UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD ODELL KING   #260421   )
    Plaintiff,   )
       )
vs.   )   CASE NO. 2:19-CV-01923-MHH-JHE
       )
CORRECTIONAL OFFICER MCLEMORE,   )
et, al   Defendant   )
       )

### CORRECTIONAL OFFICER KELLER SPEAKS' AFFIDAVIT

Before me, the undersigned authority, notary public in and for said County and the State of Alabama at large, personally appeared Keller Speaks who being known to me and being by me first duly sworn, deposes and says under oath the following:

My name is Keller Speaks I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility, located at 100 Warrior Lane, Bessemer, AL 35023. I am over 21 years of age.

I, Correctional Officer Keller Speaks, have read the complaint in the above referenced case. I make the following statement: On the date of August 13, 2019 I was assigned to Y-unit. At approximately 3:00 p.m., I, along with Correctional Officer Zackery McLemore were placing inmates back in their cells from medical appointments. I was placing inmate Jeffery McClellan WM/277145 in Y-46. I witnessed inmate Ronald King BM/260421 rushing aggressively towards Officer McLemore. I arrived at cell 48 and assisted Officer McLemore with assisting inmate King to his feet. Inmate King was escorted to the infirmary for a body chart. No other force was used on my behalf.

_____
Keller Speaks, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 23rd day of December, 2019.

_____
NOTARY PUBLIC
10-31-20
My Commission Expires