UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD ODELL KING   #260421     )
    Plaintiff,                )
                                )
vs.                             )   CASE NO. 2:19-CV-01923-MHH-JHE
                                )
CORRECTIONAL OFFICER MCLEMORE,  )
et, al         Defendant        )
                                )

## CORRECTIONAL OFFICER ZACKERY MCLEMORE'S AFFIDAVIT

Before me, the undersigned authority, notary public in and for said County and the State of Alabama at large, personally appeared Zackery McLemore who being known to me and being by me first duly sworn, deposes and says under oath the following:

My name is Zackery McLemore I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility, located at 100 Warrior Lane, Bessemer, AL 35023. I am over 21 years of age.

I, Correctional Officer Zackery McLemore, have read the complaint in the above referenced case. I make the following statement: On August 13, 2019 at approximately 3:00 p.m., I, was involved in an incident with inmate Ronald King BM/260421. I was placing inmates back into their assigned cells in numerical order. As I opened cell Y-48, I observed an obstruction in the locking mechanism of the door that was later discovered to be a wash cloth type of material. The obstruction was preventing the door from properly securing. As I attempted to remove the material from the door lock, inmate King became very irate stating, "Get the fuck away from my cell" and aggressively charged towards me. I gave inmate King several direct orders to stop but inmate King refused to comply. I retrieved my state issued chemical agent, Sabre Red and out of fear for my safety and inmate King failing to comply with the orders given, I administered a one, one second burst of the chemical agent to inmate King's facial area. Once inmate King was contacted by the chemical agent, he positioned himself as if he was going to attempt to head butt me as he continued to charge towards me. I was able to side step inmate King and performed a transport assist take down to the front. Once inmate King was placed on the floor, I gave inmate King several direct orders to calm down and cease his combative behavior. Inmate King complied and was assisted to his feet

and escorted to the infirmary for decontamination and a body chart. No further force was used on my behalf.

                                                              _____
                                                              Zackery McLemore, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 27th day of January, 2020.

                                                              _____
                                                              NOTARY PUBLIC

                                                              __10-31-20_____
                                                              My Commission Expires