```
 1
 2
 3                   C E R T I F I C A T E
 4
 5        I hereby certify that the foregoing is a correct
 6   transcript from the record of proceedings in the above-
 7   referenced matter.
 8
 9   /s/ Teresa Roberson
10   Teresa Roberson, RPR, RMR
```